AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_USA_
Plaintiff

v.

_Veronica Vargas_
Defendant

Case No. _EP:12-M-05638 (1) RPM_

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_Veronica Vargas_

Date: _12/11/12_

_[signature]_
Attorney's signature

_Ghill   0963371_
Printed name and bar number

_807 N. El Rich St_
Address

_79512_
E-mail address

_544 9459_
Telephone number

_____
FAX number